# United States Bankruptcy Court
## District of Kansas

In re    Larry Phillips

Debtor(s)

Case No. _____

Chapter    13

## DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**

Mark statement that applies to you:

[✔]    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

_____

_____

[ ]    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

[ ]    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on   March 10, 2026   (date) by   /s/ Larry Phillips (Mar 10, 2026 09:40:42 CDT)

Larry Phillips    (debtor)

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)